# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SCOTT ALBERD, | ) |
| *Plaintiff* | ) ) ) ) ) Case No.: 1:21-cv-00021 |
| v. | ) ) |
| VEHICLE PROTECTION SPECIALISTS et al, | ) ) ) ) |
| **Defendant** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 11, 2021         BY: */s/ Amy L.B. Ginsburg*
                             Amy L.B. Ginsburg, Esquire
                             Kimmel & Silverman, P.C.
                             30 East Butler Pike
                             Ambler, PA 19002
                             Phone: (215) 540-8888 ext. 167
                             Facsimile: (877) 600-2112
                             Email: aginsburg@creditlaw.com
                             Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2021, a true and correct copy of the foregoing pleading served via electronic mail to the below:

Christopher Meier
Greenspoon Marder LLP
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Phone: 954.734.1836
Email: christopher.meier@gmlaw.com
Attorney for the Defendant

|  |  |
|---|---|
| Dated: June 11, 2021 | */s/ Amy L.B. Ginsburg* |
|  | Amy L.B. Ginsburg, Esquire |
|  | Kimmel & Silverman, P.C. |
|  | 30 East Butler Pike |
|  | Ambler, PA 19002 |
|  | Phone: (215) 540-8888 ext. 167 |
|  | Facsimile: (877) 600-2112 |
|  | Email: aginsburg@creditlaw.com |
|  | Attorney for Plaintiff |