IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SCOTT ALBERD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:21-cv-00021 |
| VEHICLE PROTECTION SPECIALISTS, et al., | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) ) | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 16). Accordingly, this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE